03-15-00281-CR

**CINDY RISTER-SAUNDERS**
**Official Court Reporter**
**340th Judicial District**
**112 West Beauregard**
**San Angelo, Texas  76903**
**(325) 659-6573**

May 11, 2015

Hon. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District
P. O. Box 12547
209 W. 14th, Room 101
Austin, Texas  78711

Re:  Trial Court Number C-10-0321-SB:  The State of
     Texas vs. Pedro Perez Morales

Dear Mr. Kyle:

On May 11, 2015, a Designation of Record, dated May 6, 2015, was received by me in regards to the above styled cause.  By my calculations, the Reporter's Record is due to be filed today, and I am unable to have that done.

As this is the first notice I have received that this case is being appealed, I anticipate having the Reporter's Record completed and filed on or before May 29, 2015.

Sincerely,


Cindy Rister-Saunders


cc:  Mr. Kirk Hawkins
     Mr. Jason Ferguson